IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS DANIEL,<br><br>  Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR.,<br><br>  Respondent. | No. C 08-03221 SBA (PR)<br><br>**JUDGMENT** |

  For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.

  IT IS SO ORDERED.

DATED: 3/16/10

                 _____
                 SAUNDRA BROWN ARMSTRONG
                 United States District Judge

P:\PRO-SE\SBA\HC.08\Daniel3221.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEMETRIUS DANIEL,

        Plaintiff,

  v.

ROBERT L. AYERS JR. et al,

        Defendant.

Case Number: CV08-03221 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Demetrius Daniel E-03098
San Quentin State Prison
San Quentin, CA 94964

Dated: March 18, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\Daniel3221.jud.wpd    2